## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                        CASE NO.    10-02726 SEK

JUAN ALBERTO QUINTANA CORREA
CARMEN ALICIA CRUZ PACHECO
       *Debtors*                   CHAPTER    13

## *DEBTORS MOTION TO AMEND PLAN*

TO THE HONORABLE COURT:

**NOW COME** Debtors herein, **JUAN ALBERTO QUINTANA CORREA and CARMEN ALICIA CRUZ PACHECO**, by their undersigned attorney, and very respectfully ALLEGE AND PRAY:

1. On this date, debtors are amending their Chapter 13 Payment Plan in order to:

 - **Provide for post-petition arrears to Banco Popular de Puerto Rico.**

**WHEREFORE**, Debtors respectfully request that the Amended Chapter 13 Payment Plan be accepted and that all other remedies which are proper and just be granted.

### *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, Jose Ramon Carrion, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto. This certificate of service is filed to comply with the Honorable Court's General Order 03-01 that requires that this certificate of service be filed no later than three (3) days after the service of the plan referred to above.

In San Juan, Puerto Rico, this 30th day of August, 2010.

                      By:    /s/ Juan C. Bigas Valedon
                              JUAN C. BIGAS VALEDON
                              Attorneys for Debtor
                              U.S.D.C. NO. 215404
                              P.O. Box 7011
                              Ponce, P.R. 00732-7011
                              Tel. 259-1000; Fax 842-4090

The debtors have read the information included above and agree to the same.

/s/ Juan Alberto Quintana Correa  
JUAN ALBERTO QUINTANA CORREA  
Debtor

/s/ Carmen Alicia Cruz Pacheco  
CARMEN ALICIA CRUZ PACHECO  
Joint-Debtor

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                          Case No. **10-02726 SEK**

**QUINTANA-CORREA, Juan Alberto & CRUZ-PACHECO, Carmen Alicia**     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: **8/30/2010**
☐ PRE ☐ POST-CONFIRMATION       Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ **350.00** x **2** = $ **700.00** |
| $ **395.00** x **58** = $ **22,910.00** |
| $ ___ x ___ = $ ___ |
| $ ___ x ___ = $ ___ |
| $ ___ x ___ = $ ___ |

TOTAL: $ **23,610.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **23,610.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,800.00**

Signed: **/s/ Juan Alberto QUINTANA-CORREA**
        Debtor

        **/s/ Carmen Alicia CRUZ-PACHECO**
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:

| Cr. **BANCO POPULAR D** | Cr. **CITIFINANCIAL** | Cr. **BANCO POPULAR D** |
|---|---|---|
| # **5737** | # **1012** | # **POST-PETITION** |
| $ **12,101.69** | $ **500.00** | $ **1,848.98** |

2. ☐ Trustee pays IN FULL Secured Claims:

| Cr. ___ | Cr. ___ | Cr. ___ |
|---|---|---|
| # ___ | # ___ | # ___ |
| $ ___ | $ ___ | $ ___ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. ___ | Cr. ___ | Cr. ___ |
|---|---|---|
| # ___ | # ___ | # ___ |
| $ ___ | $ ___ | $ ___ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D     CITIFINANCIAL**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
               ☐ Paid 100% / ☐ Other: ___

| Cr. ___ | Cr. ___ | Cr. ___ |
|---|---|---|
| # ___ | # ___ | # ___ |
| $ ___ | $ ___ | $ ___ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE TO PAY ATTORNEY'S FEES BEFORE ANY OTHER CREDITOR.**

**TAX REFUND WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF FUNDS.**

Attorney for Debtor **Juan C Bigas**           Phone: **(787) 259-1000**

AMENDED CHAPTER 13 PAYMENT PLAN

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | AUTORIDAD DE ACU | | |

**10-02726-SEK13** JUAN ALBERTO QUINTANA CORREA and CARMEN ALICIA CRUZ PACHECO
Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** SARA E. DE JESUS KELLOGG
**Date filed:** 04/05/2010 **Date of last filing:** 08/30/2010

# Creditors

| | |
|---|---|
| **CitiFinancial Inc**<br>P.O. Box 70919<br>Charlotte, NC 28272-0919 | (2967828)<br>(cr) |
| **American General Finance**<br>PO BOX 3251<br>Evansville, IN 47731-3251 | (3042502)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO**<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | (3011725)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO**<br>PO BOX 366818<br>SAN JUAN PR 00936 | (2953532)<br>(cr) |
| **CARMEN ALICIA CRUZ PACHECO**<br>CONDOMINIO DOS MARINAS<br>TORRE I APT 704<br>FAJARDO PR 00738 | (2953530)<br>(cr) |
| **CITIFINANCIAL**<br>PO BOX 6931<br>THE LAKES NV 88901 | (2953533)<br>(cr) |
| **CitiFinancial, Inc.**<br>P.O. Box 70919<br>Charlotte, NC 28272-0919 | (3023604)<br>(cr) |
| **JUAN ALBERTO QUINTANA CORREA**<br>CONDOMINIO DOS MARINAS<br>TORRE I APT 704<br>FAJARDO PR 00738 | (2953529)<br>(cr) |
| **JUAN C BIGAS VALEDON**<br>PO BOX 7011<br>PONCE PR 00732 | (2953531)<br>(cr) |
| **MONEY EXPRESS**<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | (2961786)<br>(cr) |

| | |
|---|---|
| **Recovery Management Systems Corporation**<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | (3003216)<br>(cr) |
| **Recovery Management Systems Corporation**<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | (3003215)<br>(cr) |
| **Recovery Management Systems Corporation**<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | (3003214)<br>(cr) |
| **SANTANDER FINANCIAL D/B/A ISLAND FINANCE**<br>PO BOX 195369<br>SAN JUAN PR, 00919-5369 | (2961384)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/30/2010 10:35:14 | | | |
| PACER Login: | bb2191 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 10-02726-SEK13 Creditor Type: cr |
| Billable Pages: | 1 | Cost: | 0.08 |